PETER Z. STOCKBURGER (SBN 265750)
peter.stockburger@dentons.com
KIMBERLY G.A. DENNIS (SBN 325390)
kimberly.dennis@dentons.com
DENTONS US LLP
4655 Executive Drive, Suite 700
San Diego, California 92121
Telephone: (619) 236-1414
Facsimile: (619) 232-8311

Attorneys for Defendant
CRUMBL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KRISTEN LOCKHART, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CRUMBL, LLC,

Defendant.

Case No. 3:24-cv-02607-VC

**NOTICE OF MOTION AND MOTION BY DEFENDANT CRUMBL, LLC TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**

Date: September 26, 2024
Time: 10:00 a.m.
Place: Courtroom 4
Judge: Hon. Vince Chhabria

Action Filed: May 1, 2024
Trial Date: None Set

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on September 26, 2024 at 10:00 a.m. in Courtroom 4 – 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, before the Honorable Vince Chhabria, Defendant Crumbl, LLC ("Crumbl"), will and hereby does move for an order dismissing Plaintiff Kristen Lockhart's ("Plaintiff") Class Action Complaint ("Complaint") and/or each of its causes of action as against Crumbl pursuant to Rules 8 and 12(b)(6) of the Federal Rules of Civil Procedure.

Plaintiff's First Cause of Action against Crumbl under the fourth prong of California Penal Code § 631(a) for aiding and abetting liability should be dismissed because Plaintiff cannot plausibly allege the existence of an underlying violation of the first three prongs of that same section by a third party.

Plaintiff's Second Cause of Action against Crumbl under California Penal Code § 632 should be dismissed because Plaintiff cannot plausibly allege that a third party eavesdropped on a private communication between Plaintiff and Crumbl.

Plaintiff's Third Cause of Action against Crumbl for invasion of privacy should be dismissed because Plaintiff cannot plausibly allege that Crumbl intruded on Plaintiff's reasonable expectation of privacy in a highly offensive manner.

This Motion is based upon this noticel the Memorandum of Points and Authorities; the Request for Judicial Notice; the complete files and records in this action; the argument of counsel; and such other matters as the Court may consider.

Dated: June 28, 2024

DENTONS US LLP

By: *s/Peter Z. Stockburger*
Peter Z. Stockburger
Kimberly G.A. Dennis

Attorneys for Defendant
CRUMBL, LLC