**BURSOR & FISHER, P.A.**
Sarah N. Westcot (State Bar No. 264916)
Stephen A. Beck (*pro hac vice* forthcoming)
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
E-mail: swestcot@bursor.com
sbeck@bursor.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

KRISTEN LOCKHART, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CRUMBL, LLC,

Defendant.

Case No. 3:24-cv-02607-VC

**NOTICE OF SETTLEMENT**

Complaint Filed: May 1, 2024

Plaintiff Kristen Lockhart and Defendant Crumbl, LLC (collectively, the "Parties") hereby notify the Court that the Parties have reached a resolution to resolve this matter on an individual basis, subject to agreement between the Parties on the terms of the final settlement agreement and Court approval. Subject to any issues that arise relating to the settlement agreement, and in accordance with this Court's Standing Order for Civil Cases, the Parties will submit a request for dismissal explaining how a dismissal will not prejudice the unnamed class members whose claims are not being resolved by this settlement. The Parties will also address whether the unnamed class members need to be notified of the dismissal. The Parties will file a motion requesting approval of the dismissal within sixty (60) calendar days from the date of this stipulation, and respectfully request that all current deadlines and hearings be stayed pending the submission and resolution of the motion requesting approval of dismissal.

Dated: September 24, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: *__/s/ Sarah N. Westcot__*
Sarah N. Westcot

Sarah N. Westcot (State Bar No. 264916)
Stephen A. Beck (*pro hac vice* forthcoming)
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
E-mail: swestcot@bursor.com
sbeck@bursor.com

*Counsel for Plaintiff*