**BURSOR & FISHER, P.A.**
Sarah N. Westcot (State Bar No. 264916)
701 Brickell Ave., Suite 2100
Miami, FL 33131-2800
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email: swestcot@bursor.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN LOCKHART, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>CRUMBL, LLC,<br><br>　　　　　　　　Defendant. | Case No.  3:24-cv-02607-VC<br><br>~~[PROPOSED]~~ **ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

## ~~[PROPOSED]~~ ORDER

Pursuant to the parties' Request for Dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(i), IT IS HEREBY ORDERED THAT, Plaintiff Kristen Lockhart's individual claims are dismissed with prejudice, with the parties to bear their respective fees and costs, except as otherwise provided by written agreement.

**IT IS SO ORDERED.**

Dated:   December 11, 2024

_____
Vince Chhabria
United States District Judge